UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH,

               Plaintiff,

-against-

VERIFONE SYSTEM INC.,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/29/2021_____

21 Civ. 9645 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is directed to issue a summons as to Defendant Verifone System Inc. ("Verifone"). Plaintiff is directed to serve the summons and complaint on Verifone within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Verifone or requested an extension of time to do so, the Court may dismiss the claims against Verifone under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

    SO ORDERED.

Dated: November 29, 2021
       New York, New York

ANALISA TORRES
United States District Judge