UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH,

                  Plaintiff,

-against-

VERIFONE SYSTEM INC.,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/29/2021_____

21 Civ. 9645 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee. Plaintiff submitted a check in the amount of $405.00, thus overpaying the fees by $3.00.

    The Clerk of Court is directed to: (1) accept Plaintiff's $405.00 check; (2) issue a check in the amount of $3.00; and (3) send the check and copy of this order to Plaintiff by certified mail.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

    SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge