UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH,

                 Plaintiff,

-against-

VERIFONE SYSTEM INC.,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/11/2022_

21 Civ. 9645 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    The Report & Recommendation (the "R&R") of the Honorable Gabriel W. Gorenstein, was filed on ECF on June 21, 2022, and mailed to Plaintiff *pro se* on June 22, 2022. ECF No. 35; June 22, 2022 Dkt. Entry. The Court received no objections by the deadline of July 6, 2022. *See Horton v. City of New York*, 636 Fed. Appx. 822, 823 (2d Cir. 2016) (mailing of a report and recommendation is service within the meaning of 28 U.S.C. § 636(b)(1)(C)). Therefore, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety, and DISMISSES the case. The Clerk of Court is directed to terminate all open motions, close the case, and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: July 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge