**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHIKEZIE OTTAH,

                Plaintiff,            21 **CIVIL** 9645 (AT)(GWG)

    -against-                            **<u>JUDGMENT</u>**

VERIFONE SYSTEM INC.,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 11, 2022, the Court has reviewed the R&R for clear error and found none. The R&R is ADOPTED in its entirety, and the case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
         July 12, 2022

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                **BY:**             *K. Mango*
                                          **Deputy Clerk**